No. 624. THE PEOPLE, PLAINTIFF AND RESPONDENT, *v.* PADILLA, DEFENDANT AND APPELLANT.—Appeal from the District Court of Arecibo in a prosecution for violation of municipal ordinances. Decided April 16, 1914. Judgment reversed for the reasons set out in the opinion delivered in case. No. 623, *The People* v. *Padilla,* decided to-day. *Mr. Charles E. Foote, fiscal,* for The People. *Mr. Rafael López Landrón* for the appellant.

---

No. 659. THE PEOPLE, PLAINTIFF AND RESPONDENT, *v.* GAUTIER, DEFENDANT AND APPELLANT.—Appeal from the District Court of Ponce in a prosecution for an offense against the public health. Decided April 24, 1914. Judgment affirmed on the grounds stated in the opinion delivered in case No. 658, *The People* v. *Gautier,* decided to-day. *Mr. Charles E. Foote, fiscal, for* The People. *Mr. Rafael López Landrón* for the appellant.

---

No. 1104. GÁMBARO ET AL., PLAINTIFFS AND RESPONDENTS, *v.* ESCOBAR, DEFENDANT AND APPELLANT.—Appeal from the District Court of San Juan, Section 1, in the matter of a motion for a new trial in an action of ejectment, etc. Motion by the respondents for dismissal of the appeal. Decided April 24, 1914. Appeal dismissed because the decision said to have been appealed from was not rendered. *Mr. Herminio Díaz Navarro* for the respondents. *Messrs. Guerra & Guerra* for the appellant.